DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM DAVID LEMONIER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3748

[February 19, 2026]

Appeal of order denying rule 3.850 motion from the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 062010CF000505A88810.

William David Lemonier, Sunrise, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***